Judgments of Appellate Division and Special Term modified so as to require the plaintiffs to repay to the defendant Loren J. Lamphere, receiver, only the sum of $7,500, as of the date of the judgment of the Special Term, less the amount due on the bond and mortgage executed by the defendant corporation to Reuben W. Wright for the sum of $2,000, and interest; and in case the plaintiffs fail to make such payment the said receiver may have execution therefor and the defendant Reuben W. Wright may enforce his mortgage as a lien on the premises by a foreclosure thereof; and as so modified judgments affirmed, without costs in this court to either party; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.

---

THOMAS MURCOTT et al., Comprising the Firm of MUR-COTT & CAMPBELL, Respondents, *v.* THE CITY OF NEW YORK, Appellant.

*Murcott* v. *City of New York*, 152 App. Div. 911, affirmed.
(Argued April 24, 1913; decided May 13, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered September 17, 1912, affirming a judgment in favor of plaintiffs entered upon the report of a referee in an action to recover alleged damages to plaintiffs' real and personal property caused by water backing up through sewer connections and flowing over the sidewalk into their premises.

*Archibald R. Watson*, Corporation Counsel (*James D. Bell* and *Frank Julian Price* of counsel), for appellant.

*J. Stewart Ross* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.